# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREYVON DUPREE WHITE,<br><br>      Plaintiff,<br><br>  vs.<br><br>UNKNOWN,<br><br>      Defendants. | No. 1:22-cv-00229-ADA-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 10.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 8.)<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

      Plaintiff Treyvon Dupree White ("Plaintiff") is a state prisoner, proceeding *pro se*, in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 29, 2022, the findings and recommendations were entered, recommending that this case be dismissed, without prejudice, based on Plaintiff's failure to comply with a court order. (Doc. No. 10 at 3.) Plaintiff was granted fourteen (14) days to file objections to the

//
//
//

findings and recommendations. (*Id.*) The fourteen (14) day period has lapsed, and Plaintiff has not filed objections or any other response to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on April 29, 2020, (Doc. No. 10), are adopted in full;
2. This action is dismissed, without prejudice, based on Plaintiff's failure to comply with a court order (Doc. No. 8); and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 15, 2022

_____
UNITED STATES DISTRICT JUDGE

---

[1] On May 10, 2022, the findings and recommendations were returned in the mail to the court by the United States Postmaster, as undeliverable. A notation on the envelope said: Undeliverable, RTS- Inactive. Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 182(f).